**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Francisco VALERA, Defendant—
Appellant.**

**No. 09–30136.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 7, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Fred Richard Curtner, III, Esquire, Federal Public Defender, Federal Public Defender, Anchorage, AK, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Juan Francisco Valera appeals from the 262–month sentence imposed following the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for a reduced sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Valera contends that the district court erred at the section 3582(c)(2) proceeding by: (1) concluding that the Sentencing Commission has the authority to limit the district court's ability to look at the 18 U.S.C. § 3553(a) factors when imposing a modified sentence; (2) failing to address adequately the 100:1 crack/powder disparity; and (3) treating the Guidelines as mandatory. These contentions are foreclosed by *Dillon v. United States*, —— U.S. ——, —— – ——, 130 S.Ct. 2683, 2692–93, 177 L.Ed.2d 271 (2010) (section 3582(c)(2) proceedings do not implicate the Sixth Amendment interests identified in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

Valera also contends the policy statement articulated in U.S.S.G. § 1B1.10 is invalid because it was promulgated in violation of procedural requirements. This contention is foreclosed by *United States*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*v. Fox*, 631 F.3d 1128, 1131–33 (9th Cir. 2011).

We deny the government's March 22, 2011, motion for summary affirmance as moot.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-